THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
NEW YORK, SUSQUEHANNA AND WESTERN RAILROAD
COMPANY, PLAINTIFF IN ERROR.

Argued May 16, 1928—Decided June 22, 1928.

For the plaintiff in error, *Hobart & Minard.*

For the defendant in error, *A. C. Hart.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Chief Justice in the Supreme Court.

*For affirmance*—THE CHANCELLOR, MINTURN, KATZEN-BACH, WHITE, VAN BUSKIRK, McGLENNON, KAYS, DEAR, JJ. 8.

*For reversal*—PARKER, J. 1.